IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PROTECH GROUP ASIA, LIMITED,

    Plaintiff,

  v.

NETWORK SCRAP METAL, et al.,

    Defendants.
    _____/

No. CV-09-5597 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED pursuant to 28 U.S.C. § 1406(a), without prejudice to PGA's refiling the action in an appropriate district or other forum.

Dated: January 25, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk